UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR06-133-RSM |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. |
|  ) | MAGISTRATE JUDGE AS TO |
| NIURKA DOMINGUEZ-SOLANO ) | ALLEGED VIOLATIONS |
|  ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 19, 2006. The United States was represented by AUSA Lawrence Lincoln and the defendant by Carol Koller. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 11, 1997 by the Honorable Joan A. Lenard in the Southern District of Florida on charges of Importation of Cocaine and Possession with Intent to Distribute Cocaine, and sentenced to 34 months custody, 4 years supervised release.

The conditions of supervised release included the standard conditions plus the requirement that defendant not remain illegally in the United States and not re-enter the United States without permission.

In an application dated December 9, 2002 , U.S. Probation Officer Adalys Garcia alleged

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

the following violation of the conditions of supervised release:

    1.    Entering the United States without the express written permission of the Attorney General of the United States or her [sic] authorized representative and remaining illegally in the United States. Ms. Dominquez-Solano illegally re-entered the United States on or about August 16, 2002.

Jurisdiction of this case was transferred to this court on April 19, 2006 and assigned to the Honorable Ricardo S. Martinez.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>19th</u> day of <u>April</u>, 2006.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc:    District Judge:    Honorable Ricardo S. Martinez
        AUSA:    Lawrence Lincoln
        Defendant's attorney:    Carol Koller
        Probation officer:    Michael Banks